JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE J. ORDAZ,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>CYNTHIA Y. TAMPKINS, Warden,<br><br>　　　　　Respondent. | Case No. CV14-08369-JVS (DTB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: July 14, 2015

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE